x:\tc51605\appear

WDJ/ls
File No.: TC-51605

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------------X
SIXTA GARCIA,

                     Plaintiffs,

         -against-

ALAN KASMAN DBA KASCO, ANN TAYLOR
STORES CORPORATION, B.C.R.E., BATTERY PARK
CITY AUTHORITY, BFP ONE LIBERTY PLAZA CO.,
LLC, BLACKMON-MOORING-STEAMATIC
CATASTOPHE, INC. D/B/A BMS CAT,
BROOKFIELD FINANCIAL PROPERTIES, INC.,
BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., EMPIRE STATE
PROPERTIES, INC., ENVIROTECH CLEAN AIR,
INC., GENEARL RE SERVICES CORP., GPS
ENVIORNMENTAL CONSULTANTS, INC.,
HILLMAN ENVIRONMENTAL GROUP, LLC.,
HUDSON TOWERS HOUSING CO., INC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVICES CO., LEFRAK
ORGANIZATION, INC., MERRILL LYNCH & CO,
INC., NATIONAL ASSOCIATION OF SECURITIES
DEALERS, INC., NEW LIBERTY PLAZA LP, NEW
YORK CITY ECONOMIC DEVELOPMENT
CORPORATION, NEW YORK CITY INDUSTRIAL
DEVELOPMENT AGENCY, NEW YORK CITY
INDUSTRIAL DEVELOPMENT CORPORATION,
NEW YORK TELEPHONE COMPANY, NOMURA
HOLDING AMERICA, INC., NOMURA SECURITIES
INTERNATIONAL, INC., ONE LIBERTY PLAZA,
RELATED BPC ASSOCIATES, INC., RELATED
MANAGEMENT CO., LP, STRUCTURE TONE (UK),
INC., STRUCTURE TONE GLOBAL SERVICES, INC.,

NOTICE OF
APPEARANCE

21 MC 102 (AKH)

THE BOARD OF MANAGERS OF THE ONE
LIBERTY PLAZA CONDOMINIUM (CONDO #1178),
THE ONE LIBERTY PLAZA CONDOMINIUM
(CONDO #1178), THE RELATED COMPANIES, LP,
THE RELATED REALTY GROUP, INC., TOSCORP
INC., WESTON SOLUTIONS, INC., WFP ONE
LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY
PLAZA, CO. GP, CORP., WFP TOWER B CO. G.P.
CORP., WFP TOWER B HOLDING CO., LP, WFP
TOWR B. CO., L.P., AND WORLD FINANCIAL
PROPERTIES, L.P., ET AL.,

                    Defendants.

-------------------------------------------------------------------X

C O U N S E L O R S :

    PLEASE TAKE NOTICE, that the defendants, STRUCTURE TONE, INC. s/h/a STRUCTURE TONE (UK), INC. and STRUCTURE TONE GLOBAL SERVICES, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant and demand that copies of all papers in this action be served upon the undersigned at the office and address stated below:

Dated: New York, New York
       July 9, 2007

                                        _____
                                        WILLIAM D. JOYCE, III, ESQ. (WDJ 9899)
                                        BARRY, McTIERNAN & MOORE
                                        Attorneys for Defendants
                                        STRUCTURE TONE, INC. s/h/a
                                        STRUCTURE TONE (UK), INC. and
                                        STRUCTURE TONE GLOBAL SERVICES, INC.
                                        2 Rector Street – 14th Floor
                                        New York, New York  10006
                                        (212) 313-3600

TO:
WORBY, GRONER, EDELMAN & NAPOLI BERN, LLP
Attorneys for Plaintiffs
115 Broadway – 12th Floor
New York, New York 10006
(212) 267-3700