Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendants*
*LEFRAK ORGANIZATION, INC. and*
*HUDSON TOWERS HOUSING CO., INC.*

|  |  |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SIXTA T. GARCIA,<br><br>                                          Plaintiff,<br><br>-against-<br><br>ALAN KASMAN DBA KASCO, ANN TAYLOR STORES CORPORATION, B.C.R.E., BATTERY PARK CITY AUTHORITY, BFP ONE LIBERTY PLAZA CO., LLC, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., EMPIRE STATE PROPERTIES, INC., ENVIROTECH CLEAN AIR, INC., GENERAL RE SERVICES CORP., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., HUDSON TOWERS HOUSING CO., INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., LEFRAK ORGANIZATION, INC., MERRILL LYNCH & CO, INC., NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NEW LIBERTY PLAZA LP, NEW YORK CITY ECONOMIC DEVELOPMENT | Case No.:<br>07-CV-5292 (AKH)<br><br><br><br><br><br>**NOTICE OF APPEARANCE** |

CORPORATION, NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION, NEW YORK TELEPHONE COMPANY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE LIBERTY PLAZA, RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., LP, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE RELATED COMPANIES, LP, THE RELATED REALTY GROUP, INC., TOSCORP INC., WESTON SOLUTIONS, INC., WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY PLAZA, CO. GP, CORP., WFP ONE LIBERTY PLAZA, CO. GP, CORP., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., and WORLD FINANCIAL PROPERTIES, L.P.,

                                                Defendants.

---

**TO:   THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**

     **PLEASE TAKE NOTICE**, that defendants, LEFRAK ORGANIZATION, INC. and HUDSON TOWERS HOUSING CO., INC. hereby appear in the above-entitled action. The undersigned have been retained as attorneys for said defendants and demand that all papers in this action be served upon the undersigned at the office and address stated below.

The undersigned attorney certifies that he is admitted to practice in this Court.

Dated: New York, New York
       September 10, 2007

>Yours etc.,
>
>HARRIS BEACH PLLC
>
>_____
>Brian A. Bender, Esq. (BAB-0218)
>HARRIS BEACH PLLC
>*Attorney for Defendants*
>**LEFRAK ORGANIZATION, INC. and**
>**HUDSON TOWERS HOUSING CO., INC.**
>100 Wall Street, 23rd Floor
>New York, New York 10005
>(212) 687-0100

245952.1.1

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SIXTA T. GARCIA,<br><br>                              Plaintiff,<br>    -against-<br><br>ALAN KASMAN DBA KASCO, ET AL.,<br><br>                              Defendants. | Case No.:<br>07-CV-5292 (AKH) |

## NOTICE OF APPEARANCE

**HARRIS BEACH, PLLC**
*Attorneys for Defendants*
***LEFRAK ORGANIZATION, INC. and
HUDSON TOWERS HOUSING CO., INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100