Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendants*
***LEFRAK ORGANIZATION, INC. and***
***HUDSON TOWERS HOUSING CO., INC.***

21 MC 102 (AKH)

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

---

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SIXTA T. GARCIA,

                                    Plaintiff,

-against-

ALAN KASMAN DBA KASCO, ANN TAYLOR STORES CORPORATION, B.C.R.E., BATTERY PARK CITY AUTHORITY, BFP ONE LIBERTY PLAZA CO., LLC, BLACKMON-MOORING-STEAMATIC CATASTOPHE, INC. D/B/A BMS CAT, BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, LP, BROOKFIELD PARTNERS, LP, BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDINGS INC., EMPIRE STATE PROPERTIES, INC., ENVIROTECH CLEAN AIR, INC., GENERAL RE SERVICES CORP., GPS ENVIRONMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., HUDSON TOWERS HOUSING CO., INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., LEFRAK ORGANIZATION, INC., MERRILL LYNCH & CO, INC., NATIONAL ASSOCIATION OF SECURITIES DEALERS, INC., NEW LIBERTY PLAZA LP, NEW YORK CITY ECONOMIC DEVELOPMENT CORPORATION, NEW YORK CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW YORK CITY INDUSTRIAL DEVELOPMENT CORPORATION,

Case No.:
07-CV-5292 (AKH)

**CERTIFICATE OF SERVICE**

NEW YORK TELEPHONE COMPANY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES INTERNATIONAL, INC., ONE LIBERTY PLAZA, RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., LP, STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICES, INC., THE BOARD OF MANAGERS OF THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE ONE LIBERTY PLAZA CONDOMINIUM (CONDO #1178), THE RELATED COMPANIES, LP, THE RELATED REALTY GROUP, INC., TOSCORP INC., WESTON SOLUTIONS, INC., WFP ONE LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY PLAZA, CO. GP, CORP., WFP ONE LIBERTY PLAZA, CO. GP, CORP., WFP TOWER B CO. G.P. CORP., WFP TOWER B HOLDING CO., LP, WFP TOWER B. CO., L.P., and WORLD FINANCIAL PROPERTIES, L.P.,

         Defendants.

---

The undersigned certifies that on September 10, 2007, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1. Notice of Appearance;

2. Notice of Adoption of Answer to Master Complaint of Lefrak Organization, Inc.; and

3. Notice of Adoption of Answer to Master Complaint of Hudson Towers Housing Co., Inc.

Dated: September 10, 2007

            _____
            Brian A. Bender

245950.1