UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-----------------------------------------------------------------X
SIXTA T GARCIA, : 07-CV-05292-AKH

                Plaintiff, :

     - against - : **APPEARANCE**

ALAN KASMAN D/B/A KASCO, *et al.*, : **ELECTRONICALLY FILED**

               Defendants. :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York        DICKSTEIN SHAPIRO LLP
       October 3, 2007

                               By:    /s/ Judith R. Cohen
                                            _____
                                            Judith R. Cohen (JC-8614)
                                            1177 Avenue of the Americas
                                            New York, New York 10036
                                            Phone: (212) 277-6500
                                            Fax: (212) 277-6501

                                            *Attorney for Defendant*
                                            MERRILL LYNCH & CO., INC.