William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION                  21 MC 102 (AKH)


_____X

SIXTA T GARCIA

                                                    **NOTICE OF THE**
                                                    **BROOKFIELD**
                            V.                      **PARTIES' ADOPTION**
                                                    **OF AMENDED ANSWER**
                                                    **TO MASTER**
                                                    **COMPLAINT**

100 CHURCH, LLC, ET. AL.,
                                                    CASE NUMBER: (AKH)
                                                    07 CV 05292

_____X

      PLEASE TAKE NOTICE THAT Defendants Brookfield Properties OLP Co.

LLC f/k/a BFP One Liberty Plaza Co. LLC, Brookfield Financial Properties, Inc.,

Brookfield Financial Properties, L.P., WFP Tower B Co L.P. and WFP Tower B Co. GP

Corp. (collectively the "Brookfield Parties"), as and for their responses to the allegations

set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master

Complaint filed in the above referenced action, hereby adopt the Brookfield Parties'

Amended Answer to Master Complaint, dated October 16, 2007, which was filed in the

matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC

102 (AKH).

      WHEREFORE, the Brookfield Parties demand judgment dismissing the above

captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
      October 18 2007

Faust, Goetz, Schenker & Blee, LLP

By: William J. Smith (WJS-9137)
Attorneys for the Brookfield Parties
Two Rector Street, 20th Floor
New York, NY 10006
(212) 363-6900