UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE WORLD TRADE CENTER LOWER          21 MC 102 (AKH)
MANHATTAN DISASTER SIRE LITIGATION

------------------------------------------------------------------x
SIXTA GARCIA,

                              Plaintiff,          Index No.: 07 CV 05292

      -against-
                                        **NOTICE OF**
RELATED BPC ASSOCIATES, INC., RELATED   **APPEARANCE**
MANAGEMENT CO., L.P., THE RELATED
COMPANIES, .L.P., and THE RELATED REALTY  **ELECTRONICALLY**
GROUP, INC.                              **FILED**

                              Defendants.
------------------------------------------------------------------x

To the Clerk of this Court and all parties of records:

Enter my appearance as counsel in this case for:

**RELATED BPC ASSOCIATES, INC., RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P., and THE RELATED REALTY GROUP, INC.**

I certify that I am admitted to practice in this court.


Dated:     New York, New York
             December 10, 2007


                                      LONDON FISCHER LLP

                By: _____
                                      Gillian Hines Kost (GK-2880)
                                      59 Maiden Lane
                                      New York, New York 10038
                                      Phone: (212) 972-1000
                                      Fax: (212) 972-1030

*Attorney for Defendants*
**RELATED BPC ASSOCIATES, INC.,
RELATED MANAGEMENT CO., L.P.,
THE RELATED COMPANIES, L.P., and
THE RELATED REALTY GROUP, INC.**

K: VGFutterman\WTC-Related\Plaintiff\Garcia\Pleadings\Notice of Appearance